# Court of Appeals
# of the State of Georgia

ATLANTA,  May 25, 2017

*The Court of Appeals hereby passes the following order:*

## A17E0055.  SCOTT FABRICIUS v. MARILYN WATTS.

Upon consideration of Appellant's Emergency Motion For Extension Of Time To File Application For Discretionary Appeal, the motion is hereby GRANTED.  The application for discretionary appeal is to be filed no later than June 27, 2017.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/25/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*